IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHARLES WEINACKER, | ) |
| | ) |
|    Plaintiff / Counter Defendant, | ) |
| | ) |
| vs. | )   CIV. ACT. NO. 1:22-cv-28-TFM-MU |
| | ) |
| PETFRIENDLY, INC., *et al.*, | ) |
| | ) |
|    Defendants / Counter Claimants. | ) |

**MEMORANDUM OPINION AND ORDER**

On February 7, 2024, the Magistrate Judge issued a Report and Recommendation which recommends the Plaintiff/Counter Defendant's First Motion to Dismiss (Doc. 43) be denied as moot and the Second Motion to Dismiss/Motion to Strike Answer/Motion to Strike Affirmative Defenses (Doc. 54) be denied. *See* Doc. 66. Weinacker timely filed objections (Doc. 67) and Defendant/Counter Claimants timely filed a response to the objections (Doc. 71). The Report and Recommendation and underlying motions are ripe for review.

As to the first Motion to Dismiss (Doc. 43), in accordance with Fed. R. Civ. P. 15(a)(1), Defendants filed an Amended Pleading (including an answer, affirmative defense, and counterclaim) within 21-days of the motion to dismiss. As a result, it became the operative pleading and the first motion to dismiss (Doc. 43) became moot as correctly noted by the Report and Recommendation.

The Court now turns to the objections filed by the Plaintiff as to the denial of the Second Motion to Dismiss. Nothing in the objections addresses with specificity the well-reasoned analysis of the Magistrate Judge. The objections do not specifically identify errors beyond generic recitation of the merits of his claims. Moreover, to the extent it attempts to raise via the now-

counseled objections matters not raised in the original pro se motion, the Court declines to consider new arguments. This attempt to get the Court to delve into the merits of the case fails. Put simply, he does not bring specific objections. Therefore, the objections are **OVERRULED**.

Therefore, after due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge (Doc. 66) is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that the first motion to dismiss (Doc. 43) is **DENIED as moot** and the second motion to dismiss and motions to strike (Doc. 54) are **DENIED**.

**DONE** and **ORDERED** this 11th day of March, 2024.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE