IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHARLES WEINACKER, | ) |
| | ) |
| Plaintiff/Counterclaim Defendant, | ) |
| | ) |
| vs. | ) CIVIL ACT. NO. 1:22-cv-28-TFM-MU |
| | ) |
| PETFRIENDLY, INC., *et al.*, | ) |
| | ) |
| Defendants/Counterclaim Plaintiffs. | ) |

## FINAL JUDGMENT

Now that all matters are resolved, the Court enters this judgment to make final the jury verdict and all opinions of the Court. It is therefore **ORDERED** as follows:

(1) In accordance with the Memorandum Opinion and Order (Doc. 27) that was entered in this matter on November 23, 2022:

    a. The following defendants are **DISMISSED without prejudice**: Aaron Shaddy; Ryan Finstad; Jeffery Bantam; Andreas Guldin; Emil Capital Partners, LLC; Dan Hoffman; Invest Nebraska; Patrick Duffy; McCarthy Capital; Steve Case; and Revolution, LLC.

    b. Additionally, the Amended Complaint constitutes a shotgun pleading and therefore is also dismissed without prejudice and leave to amend to cure the deficiencies. Plaintiff's Motion for Summary Judgment (Doc. 26) was denied as premature.

(2) In accordance with the Memorandum Opinion and Order (Doc. 40) that was entered in this matter on August 2, 2023:

    a. The following of Plaintiff Charles Weinacker's claims from his Second Amended Complaint for Trademark Infringement (Doc. 28) are **DISMISSED with**

   **prejudice**: any trademark infringement claim that is brought pursuant to 15 U.S.C. § 1114(a) and as to any claim related to the existence of a "registered" trademark (Claim 1); and contributory trademark infringement (Claim 4).

 b. The following of Plaintiff Charles Weinacker's claims from his Second Amended Complaint for Trademark Infringement (Doc. 28) are **DISMISSED without prejudice**: copyright infringement (Claim 6) and unjust enrichment (Claim 8).

(3) In accordance with the Court's oral order (Doc. 168) that was pronounced during a hearing that was held on March 21, 2025, www.petfriendlydirect.com is **DISMISSED without prejudice**.

(4) In accordance with the jury verdict (Doc. 204) pronounced on March 25, 2025:

 a. **JUDGMENT** is hereby **ENTERED** In favor of Defendants PetFriendly, Inc., and Pet Friendly Direct, LLC, and against Plaintiff Charles Weinacker as to his claims for federal trademark infringement (Claim 1), common law trademark infringement (Claim 2), trademark dilution (Claim 3), reputational damage (Claim 5), and false designation and unfair competition (Claim 7).

 b. **JUDGMENT** is hereby **ENTERED** in favor of Counterclaim Defendant Charles Weinacker and against Counterclaim Plaintiffs PetFriendly, Inc., and Pet Friendly Direct, LLC, as to their counterclaims for infringement under 15 U.S.C. 1114(a) (Claim 1), trademark infringement under 15 U.S.C. § 1125(a) (Claim 2), and unfair competition under 15 U.S.C. § 1125(a).

The **CLERK OF COURT** is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this 27th day of March 2025.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE